BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Defendant
Commissioner of Social Security

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LEPAGE,<br><br>                    Plaintiff,<br><br>            v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CASE NO. 2:14-cv-00424-EFB<br><br>[PROPOSED] STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of sixty (60) days, until August 4, 2014, to respond to Plaintiff's Complaint.

      The extension is needed because the necessary notification to Social Security Administration that the U.S. Attorney's Office had been served in this matter was not made due to a clerical oversight. The Certified Administrative Transcript has therefore not yet been prepared for filing as part of the Commissioner's Answer to Plaintiff's Complaint.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/ / /

/ / /

Stipulation to Extend Time to Respond to Complaint       1

Dated: June 5, 2014 /s/ *Kelsey Mackenzie Brown*
[As authorized via e-mail]
KELSEY MACKENZIE BROWN
Attorney for Plaintiff

Dated: June 5, 2014 BENJAMIN B. WAGNER
United States Attorney

/s/ *Bobbie J. Montoya*
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the Parties, Defendant's time to respond to Plaintiff's motion for summary judgment is hereby extended to August 4, 2014.

IT IS SO ORDERED.

DATED:  June 12, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Time to Respond to Complaint        2