UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| PATRICIA L. LePAGE, | ) | Case No. 2:14-cv-0424-EFB |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| v. | ) | **GRANTING EXTENSION** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the time for Defendant to file her responsive pleading shall be extended until November 21, 2014.  All other due dates shall be extended accordingly.

DATED:  October 27, 2014

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1